**Order entered September 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01131-CR

**RAY DON WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75289-U**

## ORDER

We **REINSTATE** this appeal.

On August 18, 2021, we abated this appeal and ordered the trial court to appoint new counsel. Since that time, a supplemental clerk's record, a supplemental reporter's record, and an appearance of counsel have been filed.

We **DIRECT** the Clerk to list Celia Sams as counsel in the above appeal. All future notices shall be sent to Ms. Sams at the address on file with the Court.

On the Court's own motion, we **ORDER** appellant's brief due by October 4, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; to Celia Sams; to the Dallas County District Attorney; and to Ray Don Wilson, TDCJ #02287884, Eastham Unit, 2665 Prison Road #1, Lovelady, TX 75851.

/s/    ERIN A. NOWELL
JUSTICE